```
FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

AUG 2 4 2010

CENTRAL DISTRICT OF CALIFORNIA
BY                        DEPUTY
```

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

ANTHONY MANTIGAL, a/k/a,
Anthony Estrada

         Plaintiff,

         v.

MATTHEW CATE, et al.,

         Defendant

)
)
)
)
)
)
)
)
)
)
)

Case No. CV 10-1503-DMG (MLG)

ORDER ACCEPTING AND ADOPTING
FINDINGS AND RECOMMENDATIONS OF
UNITED STATES MAGISTRATE JUDGE

      Pursuant to 28 U.S.C. § 636(b)(1)(C), the Court has reviewed all of the records and files herein, including the Report and Recommendation of the United States Magistrate Judge, and has conducted a *de novo* review of those portions of the Report and Recommendation to which objections were filed. The Court accepts and adopts the findings and recommendations in the Report and Recommendation and ORDERS that the action be dismissed with prejudice.

Dated: August 23, 2010

Dolly M. Gee
United States District Judge