JS - 6/ENTER

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

AUG 2 4 2010

CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| ANTHONY MANTIGAL, a/k/a, Anthony Estrada,<br><br>    Plaintiff,<br><br>    v.<br><br>MATTHEW CATE, et al.,<br><br>    Defendant | Case No. CV 10-1503-DMG (MLG)<br><br>JUDGMENT |

IT IS ADJUDGED that the action herein is dismissed with prejudice.

Dated: August 23, 2010

*Dolly M. Gee*
Dolly M. Gee
United States District Judge

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

AUG 2 4 2010

CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY